IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| DONALD MAURICE TODD,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 1:12-cv00234-CW-EJF<br><br>Judge Clark Waddoups |

    This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Evelyn J. Furse pursuant to 28 U.S.C. § 636(b)(1)(B). (*See* Dkt. No. 4.) On February 13, 2014, Judge Furse issued a Report and Recommendation recommending that the court affirm the Commissioner's decision that Mr. Todd does not qualify for Disability Insurance Benefits or Supplemental Security Insurance. (Dkt. No. 22.) Plaintiff failed to file an Objection or other response to Judge Furse's Report and Recommendation within the permitted timeframe.

    Accordingly, and upon a *de novo* review of the Judge Furse's findings, the court APPROVES AND ADOPTS Judge Furse's Report and Recommendation (Dkt. No. 22) in its entirety. This case is therefore closed.

SO ORDERED this 31st day of March, 2014.

                                  BY THE COURT:

                                  _____
                                  Clark Waddoups
                                  United States District Judge